**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN AMARAL, | Case No.: 2:24-cv-00329-BFM |
|        Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
|        vs. | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
|        Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: January 16, 2025

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3       /s/   *Monica Perales*

    BY: _____
4
        Monica Perales
5       Attorney for plaintiff Martin Amaral

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26